UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSAM KADDOURA, | No. 2:12-cv-2114 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| MALCOLM DOUGHERTY, Director of California Department of Transportation, | |
| Defendant. | |

   Plaintiff, Hosam Kaddoura, proceeding pro se, commenced this action on August 14, 2012, by filing a complaint and paying the required filing fee. The parties have consented to proceed before the undersigned pursuant to 28 U.S.C. § 636(c)(1).

   On October 22, 2012, and November 13, 2012, plaintiff filed motions for partial summary judgment. (Doc. Nos. 9 & 12.) Because the time for discovery had not yet commenced in this action, those motions were denied as premature. (Doc. No. 19.) On September 11, 2013, plaintiff again filed a motion for partial summary judgment, setting the matter for hearing before the undersigned on October 11, 2013. (Doc. No. 21.)

   However, on December 3, 2012, the undersigned issued a Status (Pretrial Scheduling) Order. (Doc. No. 18.) Pursuant to that order, "[a]ll law and motion" was "to be completed by **September 13, 2013**." (Doc. No. 18 at 2) (emphasis in original). The order

explained that "completed" meant that "all law and motion matter must be heard on or before" September 13, 2013. (Id.) In this regard, plaintiff's motion for partial summary judgment is untimely and will be denied.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 11, 2013 motion for partial summary judgment (Doc. No. 21) is denied as untimely.

Dated: October 2, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\kaddoura2114.pmsj.den.ord

---

[1] Moreover plaintiff's motion fails to include a Statement of Undisputed Facts in violation of Local Rule 260.

2