UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSAM KADDOURA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MALCOLM DOUGHERTY, Director of California Department of Transportation,<br><br>　　　　Defendant. | No.  2:12-cv-2114 DAD PS<br><br><br>ORDER |

　　　　Plaintiff, Hosam Kaddoura, proceeding pro se, commenced this action on August 14, 2012, by filing a complaint and paying the required filing fee.  The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (Dkt. No. 16.)

　　　　On November 30, 2012, a Status (Pretrial Scheduling) Conference was held before the undersigned at which time plaintiff failed to appear.[1]  (Dkt. No. 17.)  On December 3, 2012, the court issued a Status (Pretrial Scheduling) Order.  (Dkt. No. 18.)  Pursuant to the court's orders plaintiff was to have filed a Pretrial Statement on or before November 22, 2013 in anticipation of the Final Pretrial Conference on December 6, 2013.  (Id. at 5 (citing Local Rule 281(a)(1); Dkt. No. 20)).  Moreover, plaintiff was also to have participated in the preparation of a

---

[1]  It did appear that plaintiff had contacted the Clerk's Office just prior to the scheduled appearance and reported difficulty in travelling to the court that morning.

1

joint statement filed on or before November 29, 2013.  (Id.)  However, the only filing received by the court to date is defendant's Pretrial Statement.  (Dkt. No. 24.)  Therein, defendant indicates that plaintiff has not conducted any discovery in this action.  (Id. at 16.)

Plaintiff has failed to comply with the Local Rules and an order of this court.  Moreover, it appears that plaintiff may have abandoned this action.  In light of his pro se status plaintiff will be given an opportunity to provide good cause for his conduct and a final opportunity to file his Pretrial Statement.  Plaintiff is cautioned that the failure to file a timely response to this order may result in the dismissal of this action for lack of prosecution.

Accordingly, IT IS HEREBY ORDERED that:

1. The Final Pretrial Conference set for December 6, 2013, is continued to **Friday, December 20, 2013, at 1:30 p.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

2. Each party is required to personally appear at the Final Pretrial Conference, either by counsel or, if proceeding in propria persona, on his own behalf; and

3. Within fourteen days of the date of this order plaintiff shall show good cause in writing for his failure to file a timely Pretrial Statement and shall file a Pretrial Statement.  Plaintiff is cautioned that a failure to file a timely response to this order, a failure to file a Pretrial Statement or a failure to appear at the December 20, 2013 Final Pretrial Conference may result in the dismissal of this action for failure to prosecute and to comply with the court's orders.

Dated:  December 3, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\kaddoura2114.osc.ord.docx