UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSAM KADDOURA, | No. 2:12-cv-2114 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| MALCOLM DOUGHERTY, Director of California Department of Transportation, | |
| Defendant. | |

Plaintiff, Hosam Kaddoura, proceeding pro se, commenced this action on August 14, 2012, by filing a complaint and paying the required filing fee. The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1). (Dkt. No. 16.)

On November 30, 2012, the court issued a Status (Pretrial Scheduling) Order setting forth various deadline for the litigation of this action. (Dkt. No. 18.) On December 20, 2013, the parties appeared before the undersigned and, due to the parties' inactivity, it was apparent that those previously set deadlines needed to be reset. Therefore, that same day, the court issued an order setting forth new deadlines. (Dkt. No. 28.)

Because many of the deadlines set forth in the December 20, 2013 order have or will soon expire, and there has been no further activity in this action reflected on the court's docket, the undersigned finds good cause to set this matter for a Mid-Litigation Status Conference.

Accordingly, **IT IS ORDERED** that:

1. A Mid-Litigation Status Conference is set for **Friday**, **August 22, 2014, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. Any party may appear at the Mid-Litigation Status Conference <u>telephonically</u> by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Mid-Litigation Status Conference.  A land line telephone number must be provided;

3. Each party shall file a statement addressing the status of the litigation of this action, of no more than five pages in length, on or before **August 15, 2014**; and

4. The parties are cautioned that failure to appear at the status conference telephonically or in person may result in an order imposing an appropriate sanction.  <u>See</u> Local Rules 110 and 183.

Dated:  July 23, 2014

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\kaddoura2114.mlc.ord.docx