UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSAM KADDOURA, | No.  2:12-cv-2114 DAD PS |
| Plaintiff, | |
| v. | ORDER |
| MALCOLM DOUGHERTY, Director of California Department of Transportation, | |
| Defendant. | |

Plaintiff, Hosam Kaddoura, proceeding pro se, commenced this action on August 14, 2012, by filing a complaint and paying the required filing fee.  The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (Dkt. No. 16.)

This matter came before the court on September 5, 2014, for a Mid-Litigation Status Conference.  Attorney Navtej Bassi appeared on behalf of the defendant.  Despite being served at his address of record with notice of the order setting the Mid-Litigation Status Conference plaintiff did not file a timely statement nor did he appear at the September 5, 2014 hearing.

In this regard, plaintiff was ordered to file a timely statement addressing the status of this litigation and to appear at the Mid-Litigation Status Conference and he failed to do so.[1]  (Dkt. No.

---

[1] This is not the first time plaintiff has failed to comply with an order of this court by failing to file a timely status report and by failing to appear at a hearing.

1

29.)  The failure of a party to comply with any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Local Rule 110.  Moreover, it appears that plaintiff may have abandoned the prosecution of this action.

However, in light of plaintiff's pro se status, and out of an abundance of caution, the court will provide plaintiff with an opportunity to show good cause for his conduct.

Accordingly, the court HEREBY ORDERS that plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution.[2]  Plaintiff is warned that the failure to timely file the required written response to this order will result in the dismissal of this action.

Dated: September 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\kaddoura2114.osc2.ord.docx

---

[2]  If plaintiff has failed to update his address of record he shall also do so within the fourteen days provided.